# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEMETRIUS CURTIS                                                                        PLAINTIFF
ADC #120225

v.                                     NO. 5:14-CV-210 JLH/BD

RAY HOBBS, et al.                                                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objections, and upon conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Demetrius Curtis's claims are DISMISSED, without prejudice. In addition, the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] After Judge Deere issued her recommendation, Curtis filed two documents alleging claims for retaliation and racial discrimination. *See* Documents #6 and #7. Those claims are separate from the claim asserted in Curtis's initial complaint and will not be considered in this action. If Curtis intends to pursue those claims, he must commence new lawsuits for them.