## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEMETRIUS CURTIS                                                                                            PLAINTIFF
ADC #120225

v.                                          NO. 5:14-CV-210 JLH/BD

RAY HOBBS, et al.                                                                                          DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE